UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMISI BRANCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY JEFFREY WILLIAMS,<br><br>　　　　Defendant. | No. CV 09-6253-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered granting Defendant's motion for summary judgment and dismissing this action without prejudice.

DATED: 9.11.12

　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　United States District Judge