UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAMISI BRANCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY JEFFREY WILLIAMS,<br><br>　　　　Defendant. | No. CV 09-6253-JVS (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that Defendant's motion for summary judgment is granted and this action is dismissed without prejudice.

DATED: __9-11-12__　　　　　　　　_/s/ James V. Selna_
　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　United States District Judge